# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

JUN - 6 2017

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

DANIEL SANCHEZ-MARTINEZ,

              Defendant.

CASE NO. 16CR1436

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment and the Superseding Indictment:

Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 6, 2017

Hon. M. James Lorenz
United States District Judge